FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA
THE OFFICE OF THE CLERK OF SUPREMEN COURT
HELENA, MONTANA 59620-3003

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0011

| | |
|---|---|
| IN THE MATTER OF THE CONSERVATORSHIP OF<br><br>H.D.K.,<br><br>A Protected Person. | ORDER GRANTING MOTION TO WITHDRAW NOTICE OF CONSTITUTIONAL QUESTION |

Having read Appellant's Motion to Withdraw Notice of Constitutional question, finding no objection, and good cause appearing, it is hereby ordered Appellant's *Notice of Constitutional Question* is withdrawn.

Signed this _____ day of April 2021.

_____
Montana Supreme Court

**ORDER WITHDRAWING NOTICE OF CONSTITUTIONAL QUESTION**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 27 2021